BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4020

FILED

MAY 1 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search and Seizure Warrants related to<br><br>Sac A Main, 415 Main Street Suite C<br>Murphys, CA 95247<br><br>371 Horshoe Drive<br>Hathaway Pines, CA 95233 | CASE NO.   1:10-SW-47 SMS<br>             1:10-SW-48 SMS |

Upon application of the United States, and for the reasons provided in the application, the Court ORDERS that the deadline for forensic analysis is hereby extended to November 8, 2010.

Date: 5/12/2010

HON. ~~SANDRA M. SNYDER~~
U.S. Magistrate Judge

3